RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Juan Pablo Paredes-Medina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN PABLO PAREDES-MEDINA,<br><br>    Defendant. | Case No. 2:21-cr-00323-CDS-DJA<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Juan Pablo Paredes-Medina, request that the due date for Mr. Paredes-Medina's Reply to the Government's Response to Defendant's Motion to Dismiss (ECF No. 30), be extended three (3) days from July 15, 2022 to July 18, 2022.

  This Stipulation is entered into for the following reasons:

  1. An unexpected issue arose and defense counsel needs this additional time to finalize.

2. Given the complexity of the issues involved, and the length of government's response, counsel needs more time to ensure all the issues are properly litigated.

3. Mr. Paredes-Medina is in custody and does not object.

4. The parties agree to the continuance.

This is the second request for a continuance of the reply's deadline.

DATED this 15th day of July 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00323-CDS-DJA |
| Plaintiff, | ORDER |
| v. | |
| JUAN PABLO PAREDES-MEDINA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Reply to Government's Response to Motion to Dismiss, that the Defendant's Deadline to file his Reply is extended to July 18, 2022.

DATED this 15th day of July 2022.

_____
UNITED STATES DISTRICT JUDGE

3